■ The People of the State of New York ex rel. Edward Murphy, Appellant, v. Daniel McMann, as Warden of Clinton Prison, Respondent.—

MEMORANDUM BY THE COURT. Order affirmed upon the authority of *People ex rel. Accurso* v. *McMann* (23 A D 2d 936, mot. for lv. to app. den. 16 N Y 2d 486 and cases cited therein). Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.